UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TOTAL WEALTH MANAGEMENT, INC. and JACOB KEITH COOPER,<br><br>　　　　Defendants. | Case No. 15-cv-226 BAS (DHB)<br><br>**ORDER GRANTING JOINT MOTION TO RELEASE WELLS FARGO ACCOUNT ENDING IN 8027**<br><br>**[ECF 25]** |

The Joint Motion of the Plaintiff Securities and Exchange Commission, the Court-appointed receiver, Kristen A. Janulewicz, and Defendant Jacob Cooper to Release Wells Fargo Account Ending in 8027 (the "Joint Motion", ECF 25), having come before this Court and good cause appearing therefor, this Court **ORDERS** as follows:

　　1.　The Joint Motion is **GRANTED**, in its entirety;

　　2.　The freeze imposed by this Court's prior orders on the Wells Fargo Bank account ending in 8027, presently utilized by Silver Hawk Owners Association, Inc., is **RELEASED**; and

///

3. The remaining provisions of this Court's Appointment Orders, as the term "Appointment Orders" is defined in the Joint Motion, **REMAIN IN FULL FORCE AND EFFECT**.

**IT IS SO ORDERED.**

Dated: April 27, 2015

*Cynthia Bashant*
Hon. Cynthia Bashant
United States District Judge