# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

TOTAL WEALTH MANAGEMENT, INC.; et al.,

Defendants.

Case No. 15-cv-226 BAS (DHB)

**ORDER DENYING MOTION TO INTERVENE**

**[ECF 23]**

Having reviewed Mark Feather's motion to intervene in this action, the Court finds Feathers has no standing to intervene either as of right or permissively. ECF 23; Fed. R. Civ. P. 42(a)–(b). He has not established that either he has a protectable interest in the instant litigation or independent grounds for jurisdiction. Thus, the Court **DENIES** his motion. Additionally, his accusations relating to Thomas Seaman, who himself is not a party or a receiver in the present litigation, have previously been heard and decided on the merits. *See SEC v. Small Business Capital, et al.*, 5:12-cv-3237 (N.D. Cal. 2012), ECFs 1013, 622, 737. He is

therefore estopped from pursuing them in this suit.

Because of Feathers' history of filing meritless and frivolous papers with the courts, this Court will *sua sponte* review any subsequent filings in this action by Feathers. If the Court requires responsive briefing, the Court will issue a briefing schedule. Feathers is warned that further filings may result in fee-shifting or other sanctions if the Court deems it necessary.

**IT IS SO ORDERED.**

Dated: May 7, 2015

*Cynthia Bashant*
Hon. Cynthia Bashant
United States District Judge