15cv 226-BAS (DHB)

Hon. Cynthia Bashant  May 12, 2015
United States District Judge
United States District Court
Southern District of California

I am enclosing a letter I wrote to the Permanent Receiver you assigned in your court on Feb 12, 2015, which explains everything I would want to say to you.
My reason for involving you is to show you the impact of your decision on me.... The result being the Receiver freezing all of my funds until a time when she can disperse them to me as an investor in an SEC prosecuted criminal case...
At the age of 78 years old, it is a hardship, to say the least, to wait out the workings of the court to get around to giving me some of my money which is legally mine!!!
Jacob Keith Cooper and Total Wealth Management lost over $1,000,000.00 that is $1 Million$$!! of my hard earned retirement money with his criminal and fraudulent behavior.
I have NO money to live on.... And all I am asking the Receiver to do is release ONE of my funds to me, PPCN, so that I can work with the fund manager separately on a liquidation payment plan. He is willing to work with me... but ONLY with LEGAL permission from the Court to do so!

I was hoping you could put in a good word for me with the Receiver. She is very non-communicative and rarely answers calls or emails!
Maybe she would listen to you!!!!!!

Thank you for your time,

Ms Lyle Gillman
1905 Gentry Lane         mzlyle@aol.com
Prescott, Az  86301
928-717-9773
928-710-6985



**NUNC PRO TUNC**

**MAY 08 2015**

May 11, 2015

To Kristen A. Janulewicz
Permanent Receiver of Defendant Total Wealth Management, Inc. including the Altus Capital Management, LLC Funds

I am a 78 year old widow who is a victim of the criminal behavior, professional malfeasance, and total portfolio mismanagement of Jacob Cooper and Total Wealth Management. This punishment is ongoing and is impacting me on a daily basis and affecting my health and daily life decisions. I was a client of TWM from 2006 until the SEC closed him down in 2014. There was a total, probable non-collectible loss from most of my investments..... EXCEPT for my MAJOR investment in PPCN. This investment is over $650,000 and the company is still viable and active.

I am requesting, begging, groveling, (you are free to choose the appropriate word!) to you, Kristen, to PLEASE release me from the restraints of the Receivership, and allow me to work with Mr. Tony Hartman personally. I want ownership in my name of all my PPCN notes, and I want to be free to negotiate my own financial payment plan for liquidation.

I have been in close personal communication, by telephone, text, email, and in person with Tony Hartman, and he is very familiar with my dire financial hardship. He is willing to work with me.... But ONLY if the Court will release me from the bondage of the TWM decision.

The other liquid assets that I have in the Altus Fund that you are managing, can remain and be dispersed to me at the appropriate time.

I understand, better than most, because of my very close communication with Carol Lally from the SEC office in Los Angeles for several months, the need for a Receiver and the monitoring of the funds of the many TWM investors. I also understand that, because this is the government and the courts etc. resolution can take months or years! I don't have that kind of time!!!

I reiterate... I am 78 years old, without a husband to support me financially, a $476,000 mortgage on my home and a $900.00 Social Security check! I thought I was acting very responsibly and planning for a secure future when I kept investing with Jacob Cooper and Total Wealth Management. No one told me he was a criminal in advance of his malfeasance! No one told me that my husband would die after a 3 week illness and leave me with no Life Insurance, no Mortgage Insurance and credit card debt!!

I don't have time to wait for you to settle all the details from the court, Kristen! I don't want to HAVE to sell my home and move to small apartment... that wasn't the plan!

I have over $600,000 of my own legal money from PPCN that would keep me from all the horrible negative consequences of NOT having it.

I would be so grateful to you if you would release my PPCN notes from Altus and allow me to work with Tony Hartman privately.

I will wait to hear from you,

Lyle F. Gillman     mzlyle@aol.com
1905 Gentry Lane
Prescott, AZ 86301
928-717-9773     928-710-6985

*Lyle F. Gillman*



LYLE GILLMAN

1905 GENTRY LANE
PRESCOTT, ARIZONA 86301

928-717-9773
MZLYLE@AOL.COM

Hon. Cynthia Bashant
United States District Judge
United States District Court
Courtroom 4B (Fourth Floor)
Suite 4145
221 West Broadway, San Diego CA 92101

