*Securities and Exchange Commission v. Total Wealth Management, Inc., et al.,*
USDC, SD of California, Case No. 15-cv-226 BAS (DHB)

## INDEX OF EXHIBITS

| Exhibit Number. | Description | Page No. |
|---|---|---|
| A | Detailed timeslips: February through June 2015 for the Receiver and her staff | 1 |
| B | Summary of Receiver's fees by timekeeper for the application period which include hourly rates | 82 |
| C | Summary of work by task performed by Receiver and her staff, total costs for each task by month during the application period | 85 |

1011196.06/LA
374747-00002/9-22-15/md/md