# EXHIBIT B

Thomas Seaman Company　　　　　　　FeeApp1.xls　　　　　　　Summary By Timekeeper

## Kristen Janulewicz, Receiver for Total Wealth Management, Inc.
## First Interim Fee Application
## Summary of Fees
## Summary By Timekeeper
### February 1, 2015, through June 30, 2015

| **Kristen Janulewicz, Receiver** | **Hours** | **Rate** | **Cost** |
|---|---|---|---|
| Feb-15 | 92.5 | $270.00 | $24,975.00 |
| Mar-15 | 88.4 | $270.00 | $23,873.40 |
| Apr-15 | 62.6 | $270.00 | $16,902.00 |
| May-15 | 50.9 | $270.00 | $13,743.00 |
| Jun-15 | 80.5 | $270.00 | $21,735.00 |
| Total | 374.9 | $270.00 | $101,228.40 |

| **Thomas Seaman, Project Manager** | **Hours** | **Rate** | **Cost** |
|---|---|---|---|
| Feb-15 | 19.3 | $375.00 | $7,237.50 |
| Mar-15 | 14.7 | $375.00 | $5,512.50 |
| Apr-15 | 1.5 | $375.00 | $562.50 |
| May-15 | 2.2 | $375.00 | $825.00 |
| Jun-15 | 0.9 | $375.00 | $337.50 |
| Total | 38.6 | $375.00 | $14,475.00 |

| **Alison Juroe, Project Manager** | **Hours** | **Rate** | **Cost** |
|---|---|---|---|
| Feb-15 | 91.4 | $175.00 | $15,995.00 |
| Mar-15 | 38.9 | $175.00 | $6,807.50 |
| Apr-15 | 17.2 | $175.00 | $3,010.00 |
| May-15 | 54.1 | $175.00 | $9,467.50 |
| Jun-15 | 5.2 | $175.00 | $910.00 |
| Total | 206.8 | $175.00 | $36,190.00 |

| Thomas Seaman Company | FeeApp1.xls | | Summary By Timekeeper |
|---|---|---|---|

| **Timothy McDonnell, Project Manager** | Hours | Rate | Cost |
|---|---|---|---|
| Feb-15 | 40.1 | $165.00 | $6,616.50 |
| Mar-15 | 4.8 | $165.00 | $792.00 |
| Apr-15 | - | $0.00 | $0.00 |
| May-15 | 2.9 | $165.00 | $478.50 |
| Jun-15 | 2.4 | $165.00 | $396.00 |
| Total | 50.2 | $165.00 | $8,283.00 |

| **Darren Clevenger, Project Manager** | Hours | Rate | Cost |
|---|---|---|---|
| Feb-15 | 57.0 | $125.00 | $7,125.00 |
| Mar-15 | 40.5 | $125.00 | $5,062.50 |
| Apr-15 | 36.1 | $125.00 | $4,512.50 |
| May-15 | 43.8 | $125.00 | $5,475.00 |
| Jun-15 | 44.1 | $125.00 | $5,512.50 |
| Total | 221.5 | $125.00 | $27,687.50 |

| **Various Adminstrative Assistants** | Hours | Rate | Cost |
|---|---|---|---|
| Feb-15 | 0.2 | $65.00 | $13.00 |
| Mar-15 | 10.3 | $65.00 | $669.50 |
| Apr-15 | 30.0 | $65.00 | $1,950.00 |
| May-15 | 45.9 | $65.00 | $2,983.50 |
| Jun-15 | 36.2 | $65.00 | $2,353.00 |
| Total | 122.6 | $65.00 | $7,969.00 |

| **Total** | Hours | Rate | Cost |
|---|---|---|---|
| Feb-15 | 300.5 | $206.00 | $61,962.00 |
| Mar-15 | 197.6 | $216.00 | $42,717.40 |
| Apr-15 | 147.4 | $183.00 | $26,937.00 |
| May-15 | 199.8 | $165.00 | $32,972.50 |
| Jun-15 | 169.3 | $185.00 | $31,244.00 |
| Total, Receiver and Agent hours | 1,014.6 | $193.00 | $195,832.90 |
| | | | |
| Total excluding the Receiver hours | 639.7 | $148.00 | $94,604.50 |