1   DAVID R. ZARO (BAR NO. 124334)
    JOSHUA A. DEL CASTILLO (BAR NO. 239015)
2   TIM C. HSU (BAR NO. 279208)
    ALLEN MATKINS LECK GAMBLE
3       MALLORY & NATSIS LLP
    515 South Figueroa Street, Ninth Floor
4   Los Angeles, California 90071-3309
    Phone: (213) 622-5555
5   Fax: (213) 620-8816
    E-Mail: dzaro@allenmatkins.com
6             jdelcastillo@allenmatkins.com
              thsu@allenmatkins.com
7

8   Attorneys for Receiver
    Kristen A. Janulewicz

9               UNITED STATES DISTRICT COURT

10           SOUTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12   SECURITIES AND EXCHANGE COMMISSION, | Case No. 15-cv-226 BAS (DHB) |
| 13 | NO HEARING REQUIRED UNLESS REQUESTED BY COURT |
| 14             Plaintiff, | **NOTICE OF ERRATA re: FIRST INTERIM APPLICATION FOR** |
| 15 | **PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES** |
| 16           vs. | **OF RECEIVER'S COUNSEL, ALLEN MATKINS LECK GAMBLE** |
| 17   TOTAL WEALTH MANAGEMENT, INC.; et al., | **MALLORY & NATSIS, LLP** |
| 18 | Date: November 2, 2015 |
| 19           Defendants. | Ctrm: 4B |
| 20 | Judge: Hon. Cynthia Bashant |

21

22       **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

23           PLEASE TAKE NOTICE THAT the First Interim Application for Payment

24   of Fees and Reimbursement of Expenses of Receiver's Counsel, Allen Matkins Leck

25   Gamble Mallory & Natsis, LLP filed with the Court on September 22, 2015, Dkt

26   No. 51-9, contains a typographical error on the caption page. The document

27   \\\

28   \\\

1  references a hearing date of November 22, 2015.  Please note the correct hearing

2  date is **November 2, 2015**.

3

4  Dated:  October 8, 2015

    ALLEN MATKINS LECK GAMBLE
     MALLORY & NATSIS LLP
    DAVID R. ZARO
    JOSHUA A. DEL CASTILLO
    TIM C. HSU

    By:      /s/    *Joshua A. del Castillo*
       JOSHUA A. DEL CASTILLO
       Attorneys for Receiver
       Kristen A. Janulewicz

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

*Securities and Exchange Commission v. Total Wealth Management, Inc., et al.*
USDC, Southern District of California – Case No. 15-cv-226 BAS (DHB)

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 515 S. Figueroa Street, 9th Floor, Los Angeles, California 90071-3398.

A true and correct copy of the foregoing document(s) described below will be served in the manner indicated below:

**NOTICE OF ERRATA re: FIRST INTERIM APPLICATION FOR PAYMENT OF FEES AND REIMBURSEMENT OF RECEIVER'S COUNSEL, ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – the above-described document will be served by the Court via NEF.  On **October 8, 2015**, I reviewed the CM/ECF Mailing Info For A Case for this case and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

   - **Vincent J. Brown**
     vince@vjblaw.com,vjblaw@gmail.com
   - **John Bulgozdy**
     bulgozdyj@sec.gov,larofiling@sec.gov,berryj@sec.gov,
     irwinma@sec.gov
   - **Christina Lenore Geraci**
     christina@geracilawfirm.com,cynthia.perry@geracilawfirm.com
   - **Geraci Law Firm**
     christina@geracilawfirm.com
   - **Gary Y. Leung, Jr**
     leungg@sec.gov,larofiling@sec.gov,berryj@sec.gov
   - **David J. Van Havermaat**
     vanhavermaatd@sec.gov,larofiling@sec.gov,irwinma@sec.gov
   - **Joshua Andrew del Castillo**
     jdelcastillo@allenmatkins.com

2. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served)**: On  **October 8, 2015**  , I served the following

1009060.17/LA

person(s) and/or entity(ies) in this case by placing a true and correct copy thereof in a sealed envelope(s) addressed as indicated below.  I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it is deposited with the U.S. postal service on that same day in the ordinary course of business.  I am aware that on motion for party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 (one) day after date of deposit for mailing in affidavit.

Mikel R. Bistrow, Esq.                     **Via U.S. First Class Mail**
Ballard Spahr LLP
655 W. Broadway, Suite 1600
San Diego, CA  92101

Richard M. Kipperman                   **Via U.S. First Class Mail**
PO Box 3010
La Mesa, CA  91944-3010

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on **October 8, 2015** at Los Angeles, California.

Martha Diaz