UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>TOTAL WEALTH MANAGEMENT, INC., et al.,<br><br>        Defendants. | Case No.: 15cv226-BAS (DHB)<br><br>**ORDER PARTIALY VACATING SCHEDULING ORDER, AND SETTING FURTHER TELEPHONIC STATUS CONFERENCE** |
|---|---|

  On November 23, 2015, the Court held a Status Conference in this case to discuss the status of Mr. Cooper's counsel.  Having been advised of the situation, the Court finds good cause to temporarily vacate the motion to amend deadline, and the expert designations deadlines set forth in the September 8, 2015 Scheduling Order.  (*See* ECF No. 49, ¶¶ 2, 3.)  The Court confirms all remaining deadlines and requirements in the Scheduling Order.

  A further telephonic Status Conference, with all parties, shall be held on **December 21, 2015** at **9:30 a.m.** before Judge Bartick.  The Court orders Defendant Jacob Keith Cooper to appear by telephone at the conference.  The parties shall use the Court's conferencing system:

/ / /

|   |   |   |
|---|---|---|
| | Conference number: | (888) 684-8852 |
| | Access code: | 2236596 |
| | Participant security code: | 0226 |

3. The Clerk of Court is directed to serve a copy of this order on Defendant Jacob Keith Cooper at the following address:

>Jacob Keith Cooper
>370 E. Silver Hawk Ct.
>Washington UT, 84780

IT IS SO ORDERED.

Dated: November 23, 2015

Hon. David H. Bartick
United States Magistrate Judge