JOHN B. BULGOZDY (Cal. Bar No. 219897)
E-mail: bulgozdyj@sec.gov
DAVID J. VAN HAVERMAAT (Cal. Bar No. 175761)
E-mail: vanhavermaatd@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
John W. Berry, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TOTAL WEALTH MANAGEMENT, INC. and JACOB KEITH COOPER,<br><br>　　　　Defendants. | Case No. 15-cv-226-BAS (DHBx)<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S RESPONSE TO MOTION OF RECEIVER, KRISTEN A. JANULEWICZ, FOR AUTHORITY TO PURSUE CLAIMS AGAINST PRIVATE PLACEMENT CAPITAL NOTES II, LLC AND ANTHONY ("TONY") HARTMAN**<br><br>Date:　December 14, 2015<br>Time:　Not applicable<br>Ctrm:　4B<br>Judge:　Hon. Cynthia Bashant |

Case No. 15-cv-226-BAS (DHBx)

Plaintiff Securities and Exchange Commission ("SEC") respectfully files this response to the Motion of Receiver, Kristen A. Janulewicz, for Authority to Pursue Claims Against Private Placement Capital Notes II, LLC and Anthony ("Tony") Hartman (Dkt. No. 57).

The SEC does not oppose, and in fact supports, the proposed actions by the Receiver, which seeks to recover funds for the benefit of the defrauded investors.

Dated: November 24, 2015

/s/ *John B. Bulgozdy*
John B. Bulgozdy
David J. Van Havermaat
Attorneys for Plaintiff
Securities and Exchange Commission

## **PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action. My business address is:

[X]  U.S. SECURITIES AND EXCHANGE COMMISSION
444 S. Flower Street, Suite 900, Los Angeles, California 90071-9591
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On November 24, 2015, I caused to be served the document entitled **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S RESPONSE TO MOTION OF RECEIVER, KRISTEN A. JANULEWICZ, FOR AUTHORITY TO PURSUE CLAIMS AGAINST PRIVATE PLACEMENT CAPITAL NOTES II, LLC AND ANTHONY ("TONY") HARTMAN** on all the parties to this action addressed as stated on the attached service list:

[ ]  **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

[ ]  **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

[ ]  **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

[ ]  **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

[X]  **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

[X]  **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

[X]  **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

[ ]  **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  November 24, 201             */s/ John B. Bulgozdy*
                                    John B. Bulgozdy

**SEC v. Total Wealth Management, Inc., et al.**
**United States District Court – Southern District of California**
**Case No. 13:15-cv-00226-BAS-DHB**

SERVICE LIST

**BY ECF:**

Vincent J. Brown, Esq. **(served by CM/ECF only)**
VJB Law Offices
977 Sigsbee Street
San Diego, CA 92113
Email: vince@vjblaw.com
*Attorney for Defendant Jacob Keith Cooper*

Joshua del Castillo, Esq. **(served by CM/ECF only)**
David Zaro, Esq. **(served by electronic mail only)**
Allen Matkins Leck Gamble Mallory & Natsis LLP
515 S. Figueroa Street, 9th Floor
Los Angeles, CA 90071
Email: jdelcastillo@allenmatkins.com
Email: dzaro@allenmatkins.com
*Attorneys for Court-Appointed Receiver Kristin Janulewicz*

**BY UPS OVERNIGHT:**

Jacob Keith Cooper
370 East Silver Hawk Court
Washington, UT 84780