UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                        Plaintiff,<br><br>v.<br><br>TOTAL WEALTH MANAGEMENT, INC., et al.,<br><br>                        Defendants. | Case No.:  15cv226-BAS (DHB)<br><br>**ORDER SETTING FURTHER TELEPHONIC STATUS CONFERENCE** |

On December 21, 2015, the Court held a Status Conference in this case to discuss the status of Mr. Cooper's counsel.  IT IS HEREBY ORDERED:

1. The deadline for Defendant Keith Cooper to determine whether he will retain new counsel or elect to proceed pro se in this action is January 13, 2016.

2. A further telephonic Status Conference, with all parties, shall be held on **January 13, 2016** at **1:30 p.m.** before Judge Bartick.  The Court orders Defendant Jacob Keith Cooper to appear by telephone at the conference.  The parties shall use the Court's conferencing system:

                    Conference number:            (888) 684-8852
                    Access code:                        2236596

Participant security code:      0226

3.    The Clerk of Court is directed to serve a copy of this order on Defendant Jacob Keith Cooper at the following address:

> Jacob Keith Cooper
> 370 E. Silver Hawk Ct.
> Washington UT, 84780

IT IS SO ORDERED.

Dated:  December 21, 2015

Hon. David H. Bartick
United States Magistrate Judge