UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>TOTAL WEALTH MANAGEMENT, INC., et al.,<br>　　　　　　　　　　　Defendants. | Case No.: 15cv226-BAS (DHB)<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

　　　On March 30, 2016, the Court held a Status Conference in this case. In light of Defendant Jacob Cooper's pending motion regarding the source of funds for retention of counsel, IT IS HEREBY ORDERED:

　　　The parties shall submit a joint motion setting forth each party's position regarding whether discovery and/or the Scheduling Order should be stayed pending resolution of the source of funds issue. Defendant Cooper shall provide his portion of the motion to opposing counsel by **April 8, 2016**. Plaintiff shall file the joint motion by **April 13, 2016**.

　　　IT IS SO ORDERED.

Dated: March 30, 2016

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　DAVID H. BARTICK
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge