UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br><br>v.<br><br>TOTAL WEALTH MANAGEMENT, INC., et al.,<br><br>                              Defendants. | Case No.:  15cv226-BAS (DHB)<br><br>**ORDER TEMPORARILY STAYING SCHEDULING ORDER AND SETTING DEADLINE TO SUBMIT STATUS REPORT** |

On April 13, 2016, the parties jointly requested that the Court stay the Scheduling Order pending resolution of Defendant's motion for a determination regarding the source of funds for retention of counsel.  (ECF No. 97.)  The parties also indicate that they are actively negotiating a stipulation that may resolve the source of funds issue.  The Court finds good cause to grant the request.  Accordingly, IT IS HEREBY ORDERED that the deadlines in the September 8, 2015 Scheduling Order are temporarily stayed pending resolution of the source of issue.  The parties shall file a joint status report regarding their negotiations no later than **April 27, 2016**.

IT IS SO ORDERED.

Dated:  April 15, 2016

DAVID H. BARTICK
United States Magistrate Judge

1