UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>v.<br><br>TOTAL WEALTH MANAGEMENT, INC., et al.,<br>                Defendants. | Case No.: 15cv226-BAS (DHB)<br><br>**ORDER REGARDING STATUS REPORT** |
|---|---|

On April 27, 2016, the parties filed a Status Report, indicating they anticipate filing a stipulation to resolve the source of funds issue in short order. (ECF No. 99.) Accordingly, IT IS HEREBY ORDERED that the temporary stay of the scheduling order will be continued until the stipulation is filed. The parties are directed to jointly contact Judge Bartick's chambers[1] within three (3) days of the filing of the stipulation for purposes of scheduling a Case Management Conference.

      IT IS SO ORDERED.

Dated: April 28, 2016

                                                  DAVID H. BARTICK
                                                  United States Magistrate Judge

---

[1] The telephone number for Judge Bartick's chamber is (619) 557-5383.

1