# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>v.<br><br>TOTAL WEALTH MANAGEMENT, INC., et al.,<br><br>                    Defendants. | Case No. 15-cv-226-BAS-DHB<br><br>**ORDER APPROVING JOINT STIPULATION TO SUBSTITUTE THOMAS A. SEAMAN AS PERMANENT RECEIVER** |

      Pending before the Court is the parties' stipulation to substitute Thomas A. Seaman as Receiver in place of Kristin Janulewicz. (ECF No. 101.) The Securities and Exchange Commission proposes Mr. Seaman's appointment, and Defendant Jacob Keith Cooper stipulates to Mr. Seaman's substitution as permanent receiver. (*Id.*) Ms. Janulewicz, the original receiver, was appointed by the Court on February 12, 2015, but has since terminated her association with her former employer and has expressed to the parties her desire to be discharged as receiver as soon as practicable.

      Having reviewed the stipulation, and good cause appearing, the Court APPROVES the stipulation and appoints Thomas A. Seaman permanent receiver of

Defendant Total Wealth Management, Inc., and its subsidiaries and affiliates, including but not limited to Altus Capital Management, LLC. As successor receiver, Mr. Seaman hereby succeeds to all of the duties and obligations of the original receiver as defined in this Court's preliminary injunction and order appointing receiver (ECF No. 8), and all subsequent orders.

**IT IS SO ORDERED.**

**DATED:  June 7, 2016**

Hon. Cynthia Bashant
United States District Judge