

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Securities and Exchange Commission | Civil Action No.   15cv226-BAS(DHB) |
| **Plaintiff,** | |
| V. | |
| Total Wealth Management, Inc.; and Jacob Keith Cooper | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that the Court GRANTS Plaintiff's Motion for Summary Judgment against Defendant Jacob Keith Cooper, DENIES Defendant Jacob Keith Cooper's Motion to Stay, and ENTERS Final Judgment of Permanent Injunction against Defendant Jacob Keith Cooper. Defendant Jacob Keith Cooper is liable for disgorgement of $262,767 representing profits gained as a result of the conduct alleged in the Complaint. Defendant is liable for prejudgment interest on his net disgorgement obligation of $262,787 in the amount of $21,567, for a total disgorgement of $284,354. Defendant shall pay a civil penalty in the amount of $300,000 pursuant to Section 209(e) of the Advisers Act, 15 U.S.C. 80b-(9)(e). The total amount due to the Plaintiff within 14 days after entry of this Final Judgment is $584,354. Final judgment is entered pursuant to Rule 54(b) of the Federal Rules of Civil Procedures.

Date:   9/27/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Haslam

J. Haslam, Deputy