# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>  v.<br><br>TOTAL WEALTH MANAGEMENT, INC., *et al.*,<br><br>                Defendants. | Case No. 15-cv-0226-BAS-MSB<br><br>**ORDER CLOSING ACTION AND TERMINATING RECEIVERSHIP (ECF No. 264)** |

      Before the Court is the Closing Declaration of Receiver, Thomas A. Seaman ("Declaration") (ECF No. 264), filed in accordance with this Court's April 21, 2020, Order: (1) Approving Final Report and Accounting; (2) Authorizing Payment of Final Fee Applications of Receiver and Professionals; (3) Authorizing Receiver to Commence Wind-Up Tasks; and (4) Staying Action and Receivership, and Discharging and Releasing Receiver (the "Closing Order") (ECF No. 263).  The Court, having considered the above-referenced Declaration, having determined that Thomas A. Seaman (the "Receiver"), the former receiver appointed in the above-entitled action, has completed all necessary closing tasks and, that no further action is necessary in the above-captioned action, **HEREBY ORDERS** the following:

1. The above-entitled action is closed and the Clerk of Court is directed to close the case;

2. The receivership established in the above-entitled action is terminated; and

3. The Receiver's discharge and release, in accordance with the terms of the Closing Order, are reaffirmed. (ECF No. 263.)

**IT IS SO ORDERED.**

**DATED: May 22, 2024**

Hon. Cynthia Bashant
United States District Judge