

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Securities and Exchange Commission

Civil Action No.  15-cv-0226-BAS-MSB

**Plaintiff,**

V.

See Attachment

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The receivership established in the above-entitled action is terminated; and the Receiver's discharge and release, in accordance with the terms of the Closing Order, are reaffirmed. (ECF No. 263.).

Date:  5/22/24

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ M.Williams

M.Williams, Deputy

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 15-cv-0226-BAS-MSB

Defendant
Total Wealth Management, Inc.; Jacob Keith Cooper

Claimant
Richard M. Kipperman

Movant
Mark Feathers

V.
Receiver

Kristen A. Janulewicz;
Defendant Total Wealth Management, Inc., and its subsidiaries and affiliates, including but not limited to Altus Capital Management, LLC

Receiver
Thomas A. Seaman